**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7371**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

SPENCER DOUGLAS SNIPES,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CR-93-124, CA-01-85-2)

_____

Submitted: December 20, 2001        Decided: January 2, 2002

_____

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Spencer Douglas Snipes, Appellant Pro Se. William David Muhr, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Spencer Douglas Snipes seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion, his motion for reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000), and his motions for evidentiary hearings and appointment of counsel. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Snipes, Nos. CR-93-124; CA-01-85-2 (E.D. Va. filed Aug. 7, 2001; entered Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2